# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 3: /et/222327/227/EI |
| | ) | USM No: 3986; /225 |
| Date of Original Judgment: 27/3: /4243 | ) | |
| Date of Previous Amended Judgment: _____ | ) | (*pro se*) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Vj g''f ghepf cpv'y cu''cuuguugf ''qpg''etko kpcn'j kuvqt{ ''r qkpv'cpf ''f kf ''pqv'tgegkxg''cp{ ''uvcwu''r qkpu=''j g tghqtg." uj g''f qgu''pqv''o ggv'y g''etkvgtkc''hqt''c''tgf wevkqp''wpf gt ''Co gpf o gpv': 430

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____   _____
                              *Judge's signature*

Effective Date: _____   **Senior District Judge Callie V. S. Granade**
*(if different from order date)*     *Printed name and title*